| **Return** | | |
|---|---|---|
| Case No.:<br>    26-875M(NJ) | Date and time warrant executed:<br>04/09/2026          09:47 AM | Copy of warrant and inventory left with:<br>    USPS Priority Mail Parcel 9505 5362 0830 3307 6953 29 |

Inventory made in the presence of :
   Postal Inspectors Erik Meidlinger and Scott Englehardt

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-875M(NJ): USPS Priority Mail Parcel 9505 5362 0830 3307 6953 29 was opened and located inside were 8 vials of testosterone.

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     04/23/2026

*Erik Meidlinger*

*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector
*Printed name and title*







